FILED
U.S. District Court
District of Kansas
02/23/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**WILLIAM LOGGINS, JR.,**

**Petitioner,**

v.                                        CASE NO. 26-3014-JWL

**DONALD LANGFORD,**

**Respondent.**

## MEMORANDUM AND ORDER

This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner William Loggins, Jr. in January 2026. (Doc. 1.) On February 2, 2026, the Court issued a memorandum and order to show cause ("MOSC") explaining that it appears this Court lacks jurisdiction over the petition. (Doc. 3.) The MOSC granted Petitioner until and including March 4, 2026 to show cause why this case should not be dismissed for lack of jurisdiction. *Id.* This matter comes now before the Court on Petitioner's motion for extension of time to respond to the MOSC. (Doc. 4.)

In the motion, Petitioner states that he has received only the automatic email message generated by the CM/ECF system when the Court dockets an order—what is referred to as a notice of electronic filing, or NEF. (Doc. 4, p. 1; Doc. 4-1.) The NEF reflects the language in the MOSC that Petitioner is granted time in which "to show cause, in writing, why this matter should not be dismissed for the reasons stated in this order," and it further reflects that a copy of the MOSC was mailed to Petitioner. (Doc. 4-1, p. 1.) Petitioner advises the Court in his motion for extension of time, however, that he has not yet received the copy. (Doc. 4, p. 2.) Thus, he cannot respond to the jurisdictional analysis set out in the MOSC. *Id.* Petitioner therefore asks the Court to provide him

1

with a copy of the MOSC and extend the time in which he may respond to the MOSC. *Id.* The motion will be granted.

**IT IS THEREFORE ORDERED** that the motion for extension of time (**Doc. 4**) is **granted**. The clerk shall mail to Petitioner a second copy of the February 2, 2026 Memorandum and Order to Show Cause (Doc. 3). The time in which Petitioner may respond to the Memorandum and Order to Show Cause (Doc. 3) is extended until and including **April 3, 2026.**

**IT IS SO ORDERED.**

DATED:   This 23rd day of February, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge